Robert ALLEY, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 167, 2016

Supreme Court of Delaware.

Submitted: April 28, 2016
Decided: June 21, 2016

AFFIRMED.